```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 03665
    ESTEFANIA N HERNANDEZ
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-2074

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/18/2008 and was not confirmed.

    The case was dismissed without confirmation 10/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO FINANCIAL BA  UNSECURED         3050.89         .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED         4569.39         .00            .00
WELLS FARGO FINANCIAL BA  UNSECURED          370.00         .00            .00
HOUSEHOLD BANK            UNSECURED         1165.22         .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00          .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE        .00          .00            .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED         .00            .00
ROSEN MANAGEMENT          NOTICE ONLY     NOT FILED         .00            .00
WASHINGTON MUTUAL         SECURED NOT I       .00           .00            .00
WASHINGTON MUTUAL         UNSECURED       NOT FILED         .00            .00
WFNNB/ HARLEM FURNITURE   SECURED           50.00           .00            .00
WFNNB/ HARLEM FURNITURE   UNSECURED       NOT FILED         .00            .00
ECAST SETTLEMENT CORP     UNSECURED        1114.50          .00            .00
B-REAL LLC                UNSECURED        4092.83          .00            .00
BENEFICIAL/HOUSEHOLD FIN  UNSECURED       NOT FILED         .00            .00
LVNV FUNDING LLC          UNSECURED        1109.27          .00            .00
TSYS DEBT MANAGEMENT INC  UNSECURED       NOT FILED         .00            .00
TSYS DEBT MANAGEMENT INC  UNSECURED       NOT FILED         .00            .00
PORTFOLIO RECOVERY        UNSECURED        6732.00          .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED         .00            .00
DENNIS G KNIPP            UNSECURED       NOT FILED         .00            .00
DSNB MACYS                UNSECURED       NOT FILED         .00            .00
H & R ACCOUNTS            UNSECURED         297.80          .00            .00
HARVARD COLLECTION        UNSECURED       NOT FILED         .00            .00
HOME DEPOT                UNSECURED       NOT FILED         .00            .00
ILLINOIS DEPT OF REV      NOTICE ONLY     NOT FILED         .00            .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY     NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED         .00            .00
TOYOTA MOTOR CREDIT CORP  UNSECURED       NOT FILED         .00            .00
DEPT OF HEALTH & HUMAN S  UNSECURED       NOT FILED         .00            .00
WFNNB/ VICTORIA'S SECRET  UNSECURED       NOT FILED         .00            .00
VON MAUR                  UNSECURED       NOT FILED         .00            .00
SUSAN ESCALANTE           NOTICE ONLY     NOT FILED         .00            .00
FLORENTINA HERNANDEZ      NOTICE ONLY     NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  PRIORITY            .00           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 03665 ESTEFANIA N HERNANDEZ
```

```
CITY OF CHICAGO PARKING   UNSECURED        665.00              .00            .00
DANIEL J WINTER           DEBTOR ATTY      353.00                           353.00
TOM VAUGHN                TRUSTEE                                            27.39
DEBTOR REFUND             REFUND                                          4,119.61

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    4,500.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   353.00
TRUSTEE COMPENSATION                              27.39
DEBTOR REFUND                                  4,119.61
                          ---------------    ---------------
TOTALS                     4,500.00            4,500.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/26/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                                  PAGE   2
             CASE NO. 08 B 03665 ESTEFANIA N HERNANDEZ